**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOHNNY MONTES,<br><br>Defendant. | Case No. 09-CR-3393-BTM<br><br>**ORDER<br>CONTINUING MOTION HEARING** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motion hearing in the above-captioned case is continued from February 26, 2010 at 2:00 p.m., to April 16, 2010, at 2:00 p.m., and that time be excluded.

IT IS SO ORDERED.

DATED: February 24, 2010

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge